UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 12-30858-DHW
                                              Chapter 13
KATIA TISHA REED,

　　　Debtor.

# ORDER GRANTING MOTION
# ORDER DISMISSING BANKRUPTCY CASE

　　　The chapter 13 trustee filed a motion (Doc. # 24) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on April 4, 2016, by which time the debtor had not cured the default. Counsel for the debtor could offer no defense. Accordingly, it is

　　　ORDERED that the Motion is GRANTED and this bankruptcy case is DISMISSED. It is

　　　FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

　　　Done this 4th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　/s/ Dwight A. Williams, Jr.
　　　　　　　　　　　　　　　　　　　　　Dwight H. Williams, Jr.
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

c: Debtor
　 Richard D. Shinbaum, Attorney for Debtor
　 Curtis C. Reding, Trustee
　 All Creditors