UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 12-30858-DHW
                                                   Chapter 13
KATIA TISHA REED,

    Debtor.

## ORDER GRANTING MOTION
## ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 24) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on April 4, 2016, by which time the debtor had not cured the default. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that the Motion is GRANTED and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the trustee's office shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 4th day of April, 2016.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors

```
                                    United States Bankruptcy Court
                                      Middle District of Alabama
In re:                                                                      Case No. 12-30858-DHW
Katia Tisha Reed                                                            Chapter 13
                 Debtor                 CERTIFICATE OF NOTICE
District/off: 1127-2          User: ewalker                 Page 1 of 1                  Date Rcvd: Apr 04, 2016
                              Form ID: pdfALL               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2016.
db            +Katia Tisha Reed,     5295 Riverchase Dr. Apt. 1506,    Phenix City, AL 36867-7516
2570473       +ALABAMA ER ADMIN,     P.O. BOX 4419,    Woodland Hills, CA 91365-4419
2570474       +ALABAMA ER ADMIN,     PO BOX 11047,    Birmingham, AL 35202-1047
2570476       +ANDREWS FEDERAL CRED UNION,     5711 ALLENTOWN RD, Mail Stop #930,    SUITLAND, MD 20746-4547
2570475        Allied Solutions,     1320 Center City Drive,    Suite 300,    Carmel, IN 46032
2570477        BAPTIST HEALTH SERVICES,     PO BOX 244030,    Montgomery, AL 36124-4030
2570479       +CONSUMER ADJUSTMENT,     800 PRIME PLACE,    HAUPPAUGE, NY 11788-4759
2570480       +CREDIT MANAGEMENT LP,     4200 INTERNATIONAL PKWY,    CARROLLTON, TX 75007-1912
2570478       +Cmre Financial Services Inc,     3075 E IMPERIAL HWY,    SUITE 200,    BREA, CA 92821-6753
2581868       +Consumer Adjustment Corp.,     c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
2570470        EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
2570472        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2570481       +HARRIS ORIGI,     800 PRIME PLACE,    HAUPPAUGE, NY 11788-4759
2570484       +PIONEERMCB,    4000 SOUTH EASTERN STE 300,     LAS VEGAS, NV 89119-0826
2570485       +PSSF INC,    4000 SOUTH EASTERN, STE 300,     LAS VEGAS, NV 89119-0826
2579638       +SECURIAN CASUALTY CO.,     C/O ALLIED SOLUTIONS, LLC,    P.O. BOX 601329,
                DALLAS, TEXAS 75360-1329
2655183       +THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, BS,     c/o MARK N. CHAMBLESS,
                5720 CARMICHAEL ROAD,     MONTGOMERY AL 36117-2312
2570471        TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
2570486       +Time Warner,    10 Glynlake Pkwy N.E.,    Atlanta, GA 30328-3495
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2570483        E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2016 21:10:12       Military Star,
                3911 Walton Walker,     Dallas, TX 75266
2584034        E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2016 21:10:13       AAFES/MIL STAR/EXCHANGE,
                c/o Creditors Bankruptcy Service,     P.O. Box 740933,    Dallas, TX 75374
2570482       +E-mail/Text: BankruptcyNotices@aafes.com Apr 04 2016 21:10:12       Miitary Star/AAFES,    AAFES,
                PO BOX 650060,    DALLAS, TX 75265-0060
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2570487       ##USA DISCOUNTERS,     3320 N. HOLLAND ROAD,    Virginia Beach, VA 23452-4826
2655684       ##USA Discounters,     PO Box 8008,    Virginia Beach, VA 23450-8008
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2016                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Richard D. Shinbaum    on behalf of Debtor Katia Tisha Reed rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 3
```